IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
2009 JAN 20 PM 4:21
CLERK
SO. DIST. OF GA.

FRANKLIN L. WILLIAMS,

    Plaintiff,

vs.

    CIVIL ACTION NO.: CV508-096

RONNIE H. McQUAIG,

    Defendant.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, an inmate currently incarcerated at Men's State Prison in Hardwick, Georgia, filed a complaint in the Ware County Superior Court. On December 17, 2008, Plaintiff filed a Petition for Notice of Removal seeking to proceed in this Court.

The federal removal statute, in pertinent part, provides:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed *by the defendant or the defendants* to the district court of the United States for the district and division embracing the place where such action is pending.

28 U.S.C. § 1441(a) (emphasis added). In accordance with the plain language of this statute, only a defendant may remove an action from state to federal court. Shamrock Oil & Gas Corp. v. Sheets, 313 U.S. 100, 104-05 (1941). The purpose of restricting the right of removal to a defendant is to restrict removal to the party who had no choice in selection of the forum. Plaintiff fails to show any reason why, as a plaintiff, he has any right to remove this action to federal court. Plaintiff's case should be remanded to the

AO 72A
(Rev. 8/82)

Superior Court of Ware County, as Plaintiff lacks standing to remove under 28 U.S.C. §1441(a).

Accordingly, it is my **RECOMMENDATION** that this action be remanded to the Ware County Superior Court.

**SO REPORTED and RECOMMENDED**, this 20th day of January, 2009.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE